**The Cobbler**

| No | IP | HitDate UTC (mm/dd/yy) | File Hash | ISP | City | County |
|---|---|---|---|---|---|---|
| 1 | 68.187.104.232 | 5/19/15 07:00:33 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Plover | Portage |
| 2 | 71.89.113.196 | 5/18/15 07:11:45 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | La Crosse | La Crosse |
| 3 | 66.188.106.117 | 5/18/15 03:23:28 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Madison | Dane |
| 4 | 71.89.108.133 | 5/17/15 05:10:49 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Marshfield | Wood |
| 5 | 66.190.24.177 | 5/16/15 10:19:08 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | La Crosse | La Crosse |
| 6 | 66.188.126.205 | 5/15/15 02:30:47 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Madison | Dane |
| 7 | 68.112.196.186 | 5/15/15 12:05:44 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Eau Claire | Eau Claire |
| 8 | 68.115.58.246 | 5/12/15 08:59:13 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Merrill | Lincoln |
| 9 | 71.87.0.48 | 5/11/15 08:33:45 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Birchwood | Washburn |
| 10 | 66.191.93.232 | 5/11/15 10:26:17 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Beloit | Rock |
| 11 | 96.42.29.178 | 5/11/15 05:42:35 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Madison | Dane |
| 12 | 24.183.34.230 | 5/10/15 09:18:14 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Stoughton | Dane |
| 13 | 71.13.249.249 | 5/10/15 02:14:16 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Middleton | Dane |
| 14 | 96.40.226.220 | 5/8/15 05:05:49 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Madison | Dane |
| 15 | 71.13.26.213 | 5/7/15 01:55:18 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Eau Claire | Eau Claire |
| 16 | 68.117.15.61 | 5/7/15 05:40:42 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Menomonie | Dunn |
| 17 | 71.94.125.94 | 5/6/15 02:58:34 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | La Crosse | La Crosse |
| 18 | 68.117.82.17 | 5/5/15 03:47:48 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | La Crosse | La Crosse |
| 19 | 96.41.230.130 | 5/4/15 10:05:43 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Madison | Dane |
| 20 | 71.95.86.42 | 5/4/15 07:07:00 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Eau Claire | Eau Claire |
| 21 | 66.189.138.4 | 5/4/15 02:25:30 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Baraboo | Sauk |
| 22 | 71.87.90.146 | 5/3/15 10:31:39 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Rice Lake | Barron |
| 23 | 66.188.236.30 | 5/3/15 04:12:35 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Eau Claire | Eau Claire |
| 24 | 97.83.195.135 | 5/3/15 01:08:48 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Madison | Dane |
| 25 | 97.83.176.223 | 5/3/15 05:58:08 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Stevens Point | Portage |
| 26 | 24.240.78.169 | 5/3/15 01:32:04 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Madison | Dane |

**Exhibit B**